UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 17-00032 EJD |
| | ) | |
| Plaintiff, | ) | ORDER OF DISMISSAL |
| | ) | |
| v. | ) | |
| | ) | |
| ANDRE LAMONT WHITE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Leave is granted to the government to dismiss the indictment. The indictment is hereby ordered DISMISSED WITHOUT PREJUDICE. The Court further orders that plea entered on March 13, 2017 is VACATED.

Dated: __6/12/2017_____

EDWARD J. DAVILA
United States District Judge

ORDER OF DISMISSAL
CR 17-00032 EJD